# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Eric Lamont Wade                        Docket No. 4:00-CR-42-1H

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Eric Lamont Wade, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute and Distribute Cocaine and at Least 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 846 and 841(a)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 12, 2000, to the custody of the Bureau of Prisons for a term of 132 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Eric Lamont Wade was released from custody on November 21, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 3, 2014, the defendant was arrested on misdemeanor charges in Pitt County, North Carolina, of Assault on a Female and Larceny (14CR57109), and released under a $1,000 secured bond. The charges occurred on August 28, 2014, against a female acquaintance, who alleged Wade slapped and choked her before throwing her phone away. The defendant has denied these charges as he was reportedly defending himself from the female who became combative against him. The charges remain pending in Pitt County District Court. Although Wade denies the charges, he agreed to participate in a cognitive behavioral program as directed by the probation officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Eric Lamont Wade
Docket No. 4:00-CR-42-1H
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: November 6, 2014

## ORDER OF COURT

Considered and ordered this 10th day of November, 2014, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge