# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Eric Lamont Wade<br><br>Date of Original Judgment:    January 11, 2018<br>Date of Previous Amended Judgment: <br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>) Case No: 4:00-CR-42-1H<br>) USM No: 19447-056<br>)<br>) Halerie Costello<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Inasmuch as the maximum term of imprisonment available to the court upon revocation for a Class B felony under the Fair Sentencing Act is not more than 3 years imprisonment and the sentence imposed was 24 months, a reduction in the revocation sentence imposed is not appropriate.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated January 11, 2018, shall remain in effect. **IT IS SO ORDERED.**

Order Date: Dec 31, 2019

                                            *Judge's signature*

Effective Date: _____     Malcolm J. Howard    Senior U.S. District Judge
     *(if different from order date)*                             *Printed name and title*